Entered: May 21, 2014
Signed:  May 21, 2014

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:  09–13923 – NVA    Chapter:  13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Leslie Clyde Dance
*debtor has no known aliases*
12 Whirlwind Court
Apt C
Baltimore, MD 21244

Social Security No.:   xxx–xx–1422

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 13 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 3/10/09.

The estate of the above–named debtor(s) has been fully administered.

The deposit required by the plan has been distributed.

ORDERED, that Ellen W. Cosby is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 13 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *lalexander*